AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of

*(Briefly describe the property to be searched*
*or identify the person by name and address)*

Mobile telephone, (206) 200-7499 (TT-1),
as described in Attachment A

)
)
)
)
)
)
)

Case No.  MJ18-424

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Mobile telephone, (206) 200-7499 (TT-1),  as described in Attachment A

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1028 | Identity Theft, Manufacturing and trafficking in fraudulent identity documents |
| 18 USC 1028A | Aggravated Identity Theft |

The application is based on these facts:
See affidavit which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __01/25/2019__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Shawna McCann, Special Agent
*Printed name and title*

Sworn to before me pursuant to CrimRule 4.1.

Date: _____ 09/12/2018 _____

_____
*Judge's signature*

City and state:  Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This search warrant shall apply to:

      a.      **Target Telephone 1**: A mobile telephone assigned the number (206) 200-7499 and with no subscriber name listed.  It is believed that this number is currently being utilized by Jacob E. Jones;

as well as to (i) any instrument to which the listed target telephone number(s) was assigned within the last 30 days, and that now has been assigned a changed telephone number, (ii) any changed telephone number(s) assigned to an instrument now bearing the same ESN/IMSI/IMEI as the telephone numbers listed above, or that was bearing the same ESN/IMSI/IMEI as the telephone numbers listed above, at any point within the last 30 days, (iii) any changed ESN subsequently assigned to the same telephone numbers, or (iv) any additional changed telephone number(s) and/or ESN/IMSI/IMEI, whether the changes occur consecutively or simultaneously, listed to the same subscriber and wireless telephone account number as the telephone numbers listed above, within the period of disclosure authorized by the order.

**It is ordered that Cellco Partnership dba Verizon Wireless and its agents and employees must provide assistance in executing the search warrant to either the Federal Bureau of Investigation and/or it designees.**

**This warrant and attachment are sealed.  Cellco Partnership dba Verizon Wireless and its agents and employees must not disclose the existence of this search warrant or the investigation to any person until the person whose object or property was searched has been notified by the government or until authorized to do so by the Court.**

## ATTACHMENT B

This search warrant shall apply to:

1.      Historical call detail records with cell-site location data for the Target Telephone, including switch identification, activation data, signaling information, a listing of control channels and their corresponding cell sites, and engineering maps showing all pertinent cell site tower locations, sectors, and orientations, for a period of 60 days prior to the issuance of this Search Warrant.

1

**AFFIDAVIT OF SHAWNA McCANN**

2

3   STATE OF WASHINGTON        )
                                )        ss
4   COUNTY OF KING             )

5

6        I, SHAWNA McCANN, a Special Agent with the Federal Bureau of

7   Investigation, Seattle, Washington, having been duly sworn, state as follows:

8                    **AFFIANT BACKGROUND**

9        1.        I am employed as a Special Agent (SA) with the United States Federal

10  Bureau of Investigation (FBI), and have been so employed since September 17, 2017.  I

11  am currently assigned to the Seattle Field Office where I am a member of the violent

12  crime and gang squad and the Seattle Safe Streets Task Force.

13       2.        I received five months of training at the FBI Academy in Quantico,

14  Virginia on criminal investigations, including narcotics and fraud investigations.  In that

15  training I have learned how to recognize indicators involved with narcotics and fraud-

16  related activity.

17       3.        During my career, I have been involved in narcotics arrests and search

18  warrants in drug, organized crime, and child pornography cases.  I have also authored

19  affidavits in support of federal warrant applications, participated in executing state and

20  federal warrants, and have interviewed drug traffickers and informants with knowledge of

21  drug trafficking.  I have also served as a case agent on prior federal criminal

22  investigations into Drug Trafficking Organizations (DTOs) and other criminal activity.

23       4.        Because of this experience and training, I am familiar with common

24  methods of investigating drug trafficking and trafficking in stolen and fraudulent goods,

25  and have become familiar with the methods of operation of drug and fraudulent goods

26  traffickers and manufacturers, including, but not limited to: their methods of producing

27  and concealing the drugs or fraudulent goods; their methods of transferring and

28  distributing the drugs or fraudulent goods, their use of cellular telephones; their use of

AFFIDAVIT OF SA MCCANN - 1
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   numerical codes, code words, and counter surveillance; and other methods of avoiding

2   detection of law enforcement.  I am also familiar with the various methods of

3   transferring, and laundering proceeds from illegal activity.

4       5.    I have obtained the facts set forth in this affidavit through my personal

5   participation in the investigation described below; from oral and written reports of other

6   law enforcement officers participating in this and related investigations, and from

7   records, documents and other evidence obtained during this investigation.  Since this

8   affidavit is being submitted for the limited purpose of obtaining a tracking warrant and a

9   search warrant, I have not included every fact known concerning this investigation.  I

10  have set forth only the facts that I believe are essential to establish the necessary

11  foundation for an order authorizing cell site and GPS data, both prospective (as requested

12  in the tracking warrant) and historical (as requested in the search warrant).

13  **INTRODUCTION AND PURPOSE OF AFFIDAVIT**

14      6.    This affidavit is submitted in support of Applications to obtain a tracking

15  warrant and a search warrant for current (tracking warrant) and historical (search warrant)

16  cell-site information, on the following cellular telephone:

17      a.    **(206) 200-7499** (hereafter **Target Telephone 1** or "**TT1**").  Service

18  to TT1 is provided by Cellco Partnership dba Verizon Wireless.  This is a cellular

19  telephone account with no subscriber name listed. As described below, I believe this

20  number is currently being utilized by Jacob E. Jones.

21      7.    I am requesting a Tracking Warrant and a Search Warrant for TT1 in order

22  to receive GPS tracking information to ascertain the phone's whereabouts at all times

23  going forward (pursuant to the tracking warrant), and to receive historical cell tower

24  tracking data in order to ascertain their past whereabouts (pursuant to the search warrant),

25  which would assist the investigation by informing Agents about TT1's location during its

26  use to promote illegal activities.  As described below, Agents believe TT1 is currently

27  utilized by Jacob E. Jones in furtherance of identity theft and manufacturing and

28  trafficking fraudulent identity documents, in violation of 18 U.S.C. §§ 1028 and 1028A.

AFFIDAVIT OF SA MCCANN - 2
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## SUMMARY OF PROBABLE CAUSE

2  **A.     Background – Controlled Buys from Jacob E. Jones.**

3          8.      The investigation began in the Spring of 2018 and identified Jacob E. Jones

4  (Jones) as manufacturing and trafficking fraudulent identity documents in Western

5  Washington.

6          9.      During the investigation, cooperating source(s) (hereafter identified as CS)

7  have provided information on Jones.

8          10.     In the Spring of 2018, investigators interviewed a CS[1] willing to provide

9  information about Jones. The CS reported Jones told CS that Jones was manufacturing

10  and selling fraudulent identity documents.  The CS stated that Jones personally told CS

11  that Jones could provide the CS with fraudulent identity documents and that Jones

12  provided a sample of his fraudulent identity document work to CS.

13          11.     Through follow up communications with the CS, investigators determined

14  that utilizing undercover officer(s) (hereafter referred to as "UC") would be more

15  beneficial to the investigation.  Investigators solicited the assistance of trained and

16  experienced undercover officer(s) who agreed to assist in this case.

17          12.     In the Spring of 2018, the CS contacted Jones to arrange a meeting with the

18  UC for the purchase of fraudulent identity documents, including a Washington driver's

19  license and a Social Security card.

20          13.     In June 2018, the UC met with Jones in Tukwila, WA.  During discussions

21  with the UC, Jones offered to sell two fraudulent identity "packages" to the UC for $700

22

23

24  _____

25  [1]CS has worked as a paid informant for the FBI for over four years and has proven reliable in the past by providing
    information on individuals involved in illegal activity, including trafficking in stolen property and firearms and
26  terrorist activities. CS has 16 felony convictions, including for Robbery, Burglary, and Possession of Stolen
    Property. CS has three gross misdemeanor non-traffic convictions, including for Theft in the Third Degree 3, and
27  one misdemeanor conviction.  The identity of CS is not being disclosed in this application.  I believe that doing so,
    could place CS's safety and security in jeopardy and compromise this and other ongoing investigations in which the
28  CS is involved and is being utilized.

AFFIDAVIT OF SA MCCANN - 3
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   each. Jones advised the UC that Jones required a high-quality photograph of each person to

2   create the fraudulent identity documents.

3       14.    In June 2018, the UC communicated with Jones via cell phone and provided

4   Jones with photographs of the two individuals for whom the UC wanted to purchase

5   fraudulent identity "packages."

6       15.    In July 2018, investigators conducted two controlled purchases of

7   fraudulent identity documents from Jones in Tukwila and Seattle, Washington, consisting

8   of a set of Washington driver's licenses, Social Security cards, and notes of details about

9   the true individuals' lives, including employment, family, and banking information.  Via

10  records checks, investigators were able to confirm that the identities and personal

11  identifying information used on the fraudulent documents belonged to real individuals.

12      16.    During the controlled purchases, investigators conducted surveillance and

13  identified the vehicle operated by Jones for both purchases but did not observe any

14  equipment used to manufacture the fraudulent identity documents in the vehicle operated

15  by Jones.

16      17.    Jones discontinued use of the phone number he was using to communicate

17  with the UC in June and July 2018.  The vehicle that investigators identified as being

18  used by Jones during the controlled purchases was registered to ABC Transmission

19  Service in Tacoma, Washington.  Investigators conducted surveillance of the addresses

20  listed for Jones in law enforcement databases and with the Washington Department of

21  Licensing.  Investigators have had limited success utilizing surveillance and law

22  enforcement records to identify location(s) of residence, storage of equipment used to

23  manufacture the fraudulent identity documents, and other possible stash locations.

24  **B.    Probable Cause as to Target Telephone 1**

25      18.    On or about August 14, 2018, Jones contacted the UC to inform the UC that

26  Jones was using a new phone number and to inquire about a future meeting with the UC

27  to sell additional fraudulent identity documents to the UC.  The new phone number Jones

28  used to communicate with the UC on or about August 14, 2018 was (206) 200-7499.

AFFIDAVIT OF SA MCCANN - 4
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Investigators met with the UC and reviewed the UC's phone to verify the number and

2    contact information of Jones.  Investigators observed that **TT1** contacted the UC via text

3    message. The text messages from Jones to the UC indicated that Jones was ready to

4    supply the UC with more fraudulent identity documents.

5          19.    Investigators have attempted to locate Jones's residence, location(s) of

6    manufacturing, and possible stash houses through checking historical known addresses

7    for him and by conducting surveillance on known associates of Jones.  However,

8    investigators have been unable to locate these locations using those other methods.

9    **C.    Prior Request for Pen Register, Trap and Trace, and Warrants**

10         20.    On August 23, 2018, Magistrate Judge James P. Donohue signed an order

11   authorizing a pen register, trap and trace device, and tracking and search warrants for

12   **TT1**. The pen register and trap and trace was implemented as planned.  However, the

13   FBI raised concerns that the tracking warrant and search warrant, as authorized, were not

14   sufficiently clear in prohibiting notice by Cellco/Verizon to its customer, and those

15   warrants were not executed.

16                     **NEED FOR REQUESTED INFORMATION**

17   **A.    Real-Time Tracking Data**

18         21.    Based upon my training and experience, one way to identify Jones and any

19   co-conspirators is to utilize cell phone geo-location tracking data on a known subject cell

20   phone to identify potential manufacturing and/or distribution locations, storage sites

21   meeting places, additional associates, and patterns of deliveries and transactions.  That

22   information is then used to gather evidence of the cell phone user's fraudulent identity

23   document trafficking.

24         22.    Obtaining this geo-location data on the Target Telephones is also critical to

25   accurately identifying manufacturing and/or packaging locations, storage sites, and

26   shipping locations, and other co-conspirators who meet with target of this investigation.

27   The use of tracking warrant data will assist the affiant and surveillance team members in

28

AFFIDAVIT OF SA MCCANN - 5
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  observing Jacob Jones and his associate(s) in a safe manner for a period of time while

2  still developing investigative material.

3  **B.      Historical Cell-Site Data**

4      23.     For the same reasons described above relating to real-time tracking data,

5  historical cell-site data for the past 60 days, or roughly to the point when the undercover

6  was introduced to Jones, will help identify patterns in the use of TT1, which may help

7  identify co-conspirators, locations of manufacture, storage, and/or distribution of

8  fraudulent identity documents.

9  **B.      Need for Delayed Notification**

10      24.     Based upon my knowledge, training, and experience, it is my belief that the

11  information contained in this affidavit, if prematurely disclosed to the public, could result

12  in the target's flight from prosecution, destruction of and/or tampering with evidence,

13  intimidation of potential witnesses, or otherwise seriously jeopardizes the ongoing

14  investigation. Based on information provided by cooperating source(s) and other law

15  enforcement personnel, I also believe that the investigation will ultimately lead us to

16  other individuals involved in illegal activity, including theft, drug trafficking, and/or

17  stolen property trafficking. Therefore, to avoid seriously jeopardizing this investigation,

18  as well as to protect the safety of the confidential sources involved and their family

19  members, and to avoid the risk of the suspects' potential flight from prosecution and

20  destruction of evidence prior to indictment, I request that this affidavit be sealed and that

21  notice required by Fed. R. Crim. P. 41(f) be delayed for up to ninety (90) days after

22  expiration or removal of the tracker warrant, or any extension thereof, in accordance with

23  Title 18, United States Code, Section 3103a(b).

24                                    **CONCLUSION**

25      25.     Based on the foregoing, I respectfully submit there is probable cause to

26  believe that TT1 is being used in furtherance of illegal activity, namely manufacturing

27  and trafficking in fraudulent identity documents, and that the information sought herein

28  will materially aid the investigation.

AFFIDAVIT OF SA MCCANN - 6
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

26.     I further believe that information concerning the aforementioned offenses will be obtained by analyzing and following the GPS data for TT1, as it will assist agents in identifying the subject's movements and the identities of associates and in locating targets, storage locations, understanding connections between already known people and places involved, and assist in identifying currently unidentified targets.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

DATED this 12th day of September, 2018.

_____
SA Shawna McCann, Affiant
Federal Bureau of Investigation

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on this 12th day of September, 2018.

_____
THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge

AFFIDAVIT OF SA MCCANN - 7
USAO #2018R00998

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970